UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05809-SVW-AGR | Date | December 20, 2024 |
|---|---|---|---|
| Title | Marquise Bailey v. Cloud 9 et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

The Court, on December 20, 2024, issued an order granting plaintiff to and including December 18, 2024 to move for default judgment.

To date, plaintiff has failed to comply with the Court's order.

The is case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |